# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 15, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158102(61)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

      SC: 158102
      COA: 339079
      Oakland CC: 2016-260482-FC

LARICCA SEMINTA MATHEWS,
      Defendant-Appellee.
_____/

On order of the Chief Justice, the motion of Lavaron Morris to file a brief amicus curiae is GRANTED. The amicus brief submitted on March 14, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 15, 2019           

                                      Clerk